UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jimmy Gedeon,
    Plaintiff

v.                                                                  Civil Case No. 1:22-cv-_____

United HealthCare Services, Inc.,
    Defendant

## NOTICE OF REMOVAL
## AND DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§1441, Defendant UNITED HEALTHCARE SERVICES, INC., by and through its attorneys, JACKSON LEWIS P.C., hereby removes this action from the Superior Court of the State of New Hampshire, Merrimack County, to the United States District Court for the District of New Hampshire.

In support of this Notice of Removal, Defendant states as follows:

1. On or about August 16, 2019, Jimmy Gedeon dual-filed a Charge of Discrimination with the New Hampshire Commission for Human Rights ("NHCHR") (Charge No. ED(H)(R) 0282-19) and the Equal Employment Opportunity Commission ("EEOC") (Charge No. 16D-2019-00292) against United Healthcare Services of Minnesota d/b/a United Healthcare Services, Inc. and United Healthcare Services of Minnesota[1], alleging disability discrimination and retaliation in violation of the Americans with Disabilities Act of 1990, 42 U.S.C. §12101, et seq. ("ADA"), and NH RSA 354-A, et seq. A copy of Plaintiff's Charge of Discrimination is appended hereto as Exhibit 1.

---

[1] Gedeon incorrectly named "United Healthcare Services of Minnesota d/b/a United Healthcare Services, Inc." and "United Healthcare Services of Minnesota" as Respondents in his Charge of Discrimination as no corporate entity exists by the name of "United Healthcare Services of Minnesota". The correct corporate entity is "United HealthCare Services, Inc."

2.     By letter dated May 19, 2022, the NHCHR issued a partial[2] finding of probable cause and scheduled a public hearing to be held on April 19, 2023, under the authority of NH RSA 354-A:21 on the issue of whether Plaintiff was subject to retaliation by Defendant for engaging in protected activity in violation of NH RSA 354-A, et seq.

3.     Pursuant to NH RSA 354-A:21-a, on August 31, 2022, Defendant removed the Charge to the Merrimack County Superior Court for a trial by jury. A copy of Defendant's Notice of Removal to Superior Court and Request for Jury Trial Pursuant to NH RSA 354-A:21-A is attached hereto as Exhibit 2. A certified copy of the state court record will be filed upon receipt of same from the Merrimack County Superior Court.

4.     Pursuant to 28 U.S.C. § 1446(a), this notice of removal is timely filed within thirty (30) days of August 31, 2022, the date on which Defendant removed the matter to the Merrimack County Superior Court.

5.     Defendant has not served any answer or responsive pleading to the Complaint (Charge), nor made any appearance or argument before the state court.

6.     This Court has original jurisdiction over this action by virtue of federal question jurisdiction pursuant to 28 U.S.C. §1331. Specifically, Plaintiff alleges he was subjected to retaliation due to his disability in violation of the Americans with Disabilities Act of 1990, 42 U.S.C. §12101, et seq. ("ADA") as well as under state law, NH RSA 354-A, et seq.

7.     Defendant submits this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

---

[2] The Commission issued a finding of no probable cause on the claim of disability discrimination (harassment).

8. As this action could have been commenced in this Court, removal is proper. 28 U.S.C. §1441(a). Furthermore, this Court may exercise supplemental jurisdiction over the Plaintiff's state law claims. See 28 U.S.C. §1367(a).

Respectfully Submitted,<br>
UNITED HEALTHCARE SERVICES, INC.,<br>
By its attorneys,<br>
JACKSON LEWIS P.C.,

Date: September 28, 2022    By:  /s/Ashley R. Theodore
                                 Ashley R. Theodore, NHBA #268090
                                 Debra Weiss Ford, NHBA #2687
                                 100 International Drive, Suite 363
                                 Portsmouth, NH 03801
                                 ashley.theodore@jacksonlewis.com
                                 603.559.2706
                                 debra.ford@jacksonlewis.com
                                 603.559.2727

<u>Certificate of Service</u>

I hereby certify that copies of the foregoing were this day served on Plaintiff *pro se* Jimmy Gedeon via first class mail, postage prepaid, at 120 Fisherville Road, #172, Concord, NH 03303 and via email at bluetextbook@gmail.com and via the state court's electronic filing system on Catherine Ruffle, Clerk, Merrimack County Superior Court, 5 Court Street, Concord, NH 03301.

Date: September 28, 2022    By:  /s/Ashley R. Theodore
                                 Ashley R. Theodore

4878-5032-1445, v. 1