UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Jimmy Gedeon</u>

     v.                                                        Civil No. 22-cv-388-JL

<u>United HealthCare Services, Inc.</u>

### **Procedural Order**

This employment discrimination case is stayed while arbitration proceeds. Nevertheless, pro se plaintiff Jimmy Gedeon has continued to file motions in the stayed case, seeking the court's intervention in the arbitration proceeding. The court denied those motions.[1] Gedeon now moves for reconsideration of that order and for clarification of the court's prior procedural order that gave Gedeon time to file a list of properly identified documents docketed in this case that he seeks to have sealed.[2]

It now appears that Gedeon's filings, which were received by the court after the procedural order issued, were not his responses to that order. He seeks an opportunity to file a list of properly identified documents as provided in the procedural order.

### **Conclusion**

This case remains stayed. Before the court will lift the stay to consider Gedeon's requests to seal documents filed in this case, he must file, **by <u>August 23, 2024</u>,** a list of

---

[1] Doc. no. 47.

[2] Doc. no. 37.

the documents, for which he seeks sealing, that have been previously filed and docketed in this case, with the identification required in the procedural order (doc. no. 37).

If Gedeon files a list of properly identified documents within the time allowed, the court will then lift the stay and allow United HealthCare Services, Inc. time to respond. If Gedeon does not file a list of properly identified documents within the time allowed, this stayed case will remain stayed, and the court will deny Gedeon's pending motions. Unless and until the court lifts the stay, the case will remain stayed with the restrictions on filing imposed in the court's previous order (doc. no. 47), with the exception that Gedeon may file a list of properly identified documents as stated above.

**SO ORDERED**.

_____
Joseph N. Laplante
United States District Judge

August 8, 2024

cc: Jimmy Gedeon, pro se.
    Debra Weiss Ford, Esq.
    Ashley Rae Theodore, Esq.