UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JIMMY GEDEON,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED HEALTHCARE SERVICES, INC.<br><br>    Defendant. | Civil Action No. 1:22-cv-00388-JL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Jimmy Gedeon and Defendant United HealthCare Services Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action shall be and hereby is dismissed with prejudice and without attorneys' fees to any party.

Respectfully submitted,

| **JIMMY GEDEON** | **UNITED HEALTHCARE SERVICES, INC.** |
|---|---|
| | By its attorneys,<br>JACKSON LEWIS P.C., |
| _____<br>Jimmy Gedeon, *Pro Se* | */s/ Ashley R. Theodore*<br>Debra Weiss Ford, NHBA # 2687<br>Ashley R. Theodore, NHBA #268090<br>JACKSON LEWIS P.C.<br>100 International Drive, Suite 363<br>Portsmouth, NH 03801<br>603.559.2700<br>debra.ford@jacksonlewis.com<br>ashley.theodore@jacksonlewis.com |

Date: September 12, 2024

<u>Certificate of Service</u>

I hereby certify that the foregoing was served via ECF on all parties of record.

Date: September 12, 2024 /s/ Ashley R. Theodore
Ashley R. Theodore

4886-6114-5313, v. 1